IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | CASE NO. 8:23-cr-00099-PX |
| | * | |
| **ORIN WAYNE SOLOMON,** | * | |
| | * | |
| Defendant. | * | |
| | * | |
| | * | |
| | ******* | |

## GOVERNMENT'S MOTION FOR ATTORNEY INQUIRY HEARING AND FINDINGS UNDER THE SPEEDY TRIAL ACT

The United States of America, by and through undersigned counsel, hereby submits the following Motion for Attorney Inquiry Hearing and Findings Under the Speedy Trial Act. For the reasons set forth below, the government respectfully requests that the Court refer this matter to a United States Magistrate Judge to conduct an attorney inquiry hearing to ascertain the status of the defendant's representation. The government further respectfully requests that the Court find that the period between April 5, 2023 and May 2, 2023, be excluded from the calculation of time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B), because the ends of justice outweigh the best interests of the public and the defendant in a speedy trial. A proposed order is included with this motion.

**I.      RELEVANT BACKGROUND**

1.      On March 22, 2023, a grand jury returned an indictment charging the defendant with violations of federal law, including tax evasion, filing false tax returns, theft of government funds, and bank fraud.

2. After he was arrested on April 4, 2023, the defendant made his initial appearance on April 5, 2023 in the District of Maryland before Magistrate Judge Gina L. Simms.

3. The defendant has been released on conditions.

4. Prior to the hearing, counsel for the government contacted attorney Joseph Wright, who had represented the defendant during the investigation of this case. Attorney Wright stated that he was unavailable to attend the proceedings on April 5, 2023. Accordingly, an attorney from the Office of the Federal Public Defender appeared on the defendant's behalf at that hearing.

5. As of the date of the instant motion, neither Attorney Wright nor any other attorney has entered an appearance on behalf of the defendant. As such, the government has been unable to make its initial Rule 16 discovery production to the defendant.

6. Subsequent to the initial appearance, counsel for the government has attempted to contact Attorney Wright by both telephone and email to ascertain whether he is be representing the defendant and, if so, to make arrangements to ship the government's Rule 16 production. As of the date of the instant motion, the government has not received a response from Attorney Wright.

7. For these reasons, the government respectfully requests that the Court refer this matter to a United States Magistrate Judge to hold an attorney inquiry hearing to determine who will be representing the defendant in this matter.

8. The government further requests that the Court find that the delay caused by the defendant's failure to have counsel enter an appearance on his behalf, which, in turn, will delay the ability of the defense to prepare for trial, should be excluded from the calculation of time

under the Speedy Trial Act, 18 U.S.C. § 3161. Counsel for the defendant will need adequate time to review the discovery production after entering his or her appearance. Therefore, the exclusion of time between the defendant's initial appearance and the next scheduled status hearing on May 2, 2023 constitute excludable delay under the Speedy Trial Act because "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A).

Dated: April 12, 2023

                                      Respectfully submitted,

                                      DAVID A. HUBBERT
                                      Deputy Assistant Attorney General
                                      Department of Justice, Tax Division

                                      */s/ Melissa Siskind*
                                      MELISSA S. SISKIND (DC Bar # 984681)
                                      JEFFREY A. MCLELLAN (DC Bar # 484017)
                                      Trial Attorneys
                                      U.S. Department of Justice, Tax Division
                                      150 M Street NE
                                      Washington, DC 20002
                                      202-305-4144 (MSS)
                                      202-598-5918 (JAM)
                                      202-616-1786 (fax)
                                      Melissa.S.Siskind@usdoj.gov
                                      Jeffrey.A.McLellan@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CASE NO. 8:23-cr-00099-PX** |
| | * | |
| **ORIN WAYNE SOLOMON,** | * | |
| | * | |
| Defendant. | * | |
| | * | |
| | * | |
| | ******* | |

## ORDER ON GOVERNMENT'S MOTION FOR ATTORNEY INQUIRY HEARING AND FINDINGS UNDER THE SPEEDY TRIAL ACT

Upon consideration of the Government's Motion for Attorney Inquiry Hearing and Findings Under the Speedy Trial Act, and any response thereto, it is this _____ day of April, 2023, hereby

**ORDERED** that this matter is referred to a United States Magistrate Judge to conduct an Attorney Inquiry Hearing; and it is

**FURTHER ORDERED** that the time between April 5, 2023 and May 2, 2023 is excluded from the calculation of time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B) because, as stated in the government's motion, the ends of justice outweigh the best interests of the public and the defendant in a speedy trial.

                                                                                   The Honorable Paula Xinis
                                                                                   United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system.

*/s/ Melissa S. Siskind*
MELISSA SISKIND
Trial Attorney
U.S. Department of Justice, Tax Division
