IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | |
| v. | Case No.: 8:23-cr-00099-PX |
| ORIN WAYNE SOLOMON | |
| Defendant. | |

## MOTION FOR CONTINUANCE OF HEARING

Orin Wayne Solomon ("Defendant") by and through his undersigned counsel, hereby moves for an order permitting the continuance of his Rule 11 Hearing scheduled for October 2, 2023. In support of this motion, Defendant states as follows:

1. Defendant requires a postponement to further understand, review, and discuss the matter with his attorney.

2. The Department of Justice was informed of this Motion for Continuance and did not object.

3. This continuance will not impede or otherwise delay a resolution to this matter.

**WHEREFORE**, Defendant respectfully requests an additional fourteen (14) day continuance of this matter.

Dated: September 29, 2023

Respectfully Submitted,

_____
Michael J. March, Esq.
Federal Bar No.: 20377
Frost & Associates, LLC
839 Bestgate Road, Suite 400
Annapolis, MD 21401
Phone: (410) 497-5947
Facsimile: (888) 235-8405
Email: Michael.March@frosttaxlaw.com
*Counsel for Defendant*