IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | |
| v. | Case No.: 8:23-cr-00099-PX |
| ORIN WAYNE SOLOMON | |
| Defendant. | |

## ORDER

The Court, having received, read, and considered the Motion for Continuance hereby orders the Rule 11 Hearing scheduled for October 2, 2023, be postponed until _____.

Dated: _____.

_____
The Honorable Paula Xinis